# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1689
Lower Tribunal No. 2022-CA-001534

_____

LISA BYROAD,

Appellant,

v.

HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Ellen S. Masters, Judge.

May 5, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, J., concur.


Chad A. Barr, of Chad Barr Law, Altamonte Springs, for Appellant.

Angela C. Flowers, of Kubicki Draper, Ocala, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED